UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KUDZAI SHONHAI,<br><br>                    Petitioner,<br><br>     v.<br><br>BRUCE SCOTT, Warden of Northwest ICE Processing Center,<br><br>                    Respondent. | Case No. C25-320-JHC<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation, to which there was no objection, is approved and adopted.

(2) This action is DISMISSED without prejudice for failure to prosecute.

(3) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Michelle L. Peterson.

DATED this 24th day of April, 2025.

JOHN H. CHUN
United States District Judge

ORDER DISMISSING ACTION - 1